Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: (917) 471-1894
Fax: (310) 496-3176
astraus@milberg.com
*Attorneys for Edward Heymer*
[*Additional attorneys on signature page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EDWARD HEYMER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>　　　　　　　Defendant. | Case No. 5:22-cv-02085 AB (MAAx)<br><br>**JOINT STIPULATION REGARDING WAIVER OF SERVICE AND STAY OF PROCEEDINGS** |

　　　Plaintiff Edward Heymer and Defendant Harley-Davidson Motor Company Group, LLC. (collectively, the "Parties") by and through their respective counsel, hereby agree to the following with reference to the following facts:

1.　Plaintiff filed his complaint ("Complaint") on November 23, 2022.

2.　To date, the Complaint has not been served on Defendant.

JOINT STIPULATION REGARDING WAIVER OF SERVICE AND STAY OF
PROCEEDINGS - 1

3. On December 1, 2022, Plaintiffs Scott Koller, James Billings, Rita Weaver, Jacqueline Assise, Robert Assise, and Jerome Wagner filed a Motion For Transfer Of Related Actions To The Northern District Of California Pursuant To 28 U.S.C. § 1407 For Consolidated Pretrial Proceedings ("Motion to Transfer") with the United States Judicial Panel on Multidistrict Litigation ("JPML"). *See In Re: Harley-Davidson Aftermarket Parts Marketing Sales Practices and Antitrust Litig.*, MDL No. 3064, ("JPML Docket") ECF No. 1.

5. Responses to the Motion to Transfer, including by Plaintiff, were filed on December 27, 2022. *See* JPML Docket, ECF Nos. 17, 18, 19, 20.

4. The Motions are scheduled to be heard before the JPML at the January 26, 2023 Panel Hearing Session.

NOW, THEREFORE, so as to preserve both party and judicial resources pending the JPML's decision on the Motion to Transfer, the Parties, by and through their undersigned counsel, stipulate to the following:

(1) Defendant waives service of the summons in satisfaction of the requirements of Fed. R. Civ. P. 4(d).

(2) All proceedings with respect to this action shall be stayed, including the time for Defendant to answer or otherwise respond to the Complaint, which shall be stayed until further order of this Court or, if different, the transferee court, in light of the Motion to Transfer.

(3) Following the JPML's resolution of the Motion to Transfer, or the withdrawal of all pending JPML Motions, Plaintiff and Defendant shall meet and confer in good faith to attempt to agree to a stipulated schedule for Defendant to answer or otherwise

respond to the Complaint and, if appropriate, a briefing schedule with respect to any motions filed pursuant to Fed. R. Civ. P. 12.

(4)  If Plaintiff and Defendant are unable to agree to a stipulated schedule as set forth in the preceding paragraph, Plaintiff and Defendant shall submit a joint brief to this Court or, if different, to the transferee court regarding such schedule.

(5)  Plaintiff and Defendant stipulate and agree that the agreement to this Stipulation by Defendant shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure; or (c) any other statutory or common law defenses that may be available to Defendant in this and the other Related Actions. Defendant expressly reserves its rights to raise any such defenses (or any other defense) in response to either the current Complaint or any amended complaint that may be filed relating to this action.

**Stipulated and Agreed to this 3rd day of January 2023 by:**

| | |
|---|---|
| /s/ Alex R. Straus | /s/ Tamara A. Bush |
| Alex R. Straus | Tamara A. Bush |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | **DYKEMA GOSSETT PLLC** |
| 280 S. Beverly Drive, PH Suite | 444 South Flower Street, Suite 2200 |
| Beverly Hills, CA 90212 | Los Angeles, CA 90071 |
| Tel: (917) 471-1894 | Tel: (213) 457-1800 |
| Fax: (310) 496-3176 | Fax: (213) 457-1850 |
| astraus@milberg.com | TBush@dykema.com |
| *Counsel for Plaintiff Edward Heymer* | *Counsel for Defendant Harley-Davidson Motor Company Group, LLC* |

JOINT STIPULATION REGARDING WAIVER OF SERVICE AND STAY OF PROCEEDINGS - 3

## ATTESTATION

I am the ECF user whose identification password are being used to file the foregoing Joint Stipulation Regarding Waiver of Service and Stay of Proceedings. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Alex R. Straus, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: January 3, 2023

/s/ Alex R. Straus
Alex R. Straus (State Bar No. 321366)

JOINT STIPULATION REGARDING WAIVER OF SERVICE AND STAY OF PROCEEDINGS - 4

## CERTIFICATE OF SERVICE

I, Alex R. Straus, an attorney, hereby certify that on January 3, 2023, I caused a true and correct copy of the foregoing **JOINT STIPULATION REGARDING WAIVER OF SERVICE AND STAY OF PROCEEDINGS**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Alex R. Straus*
Alex R. Straus